PER CURIAM.

(No. 74-CC-185—Claimant )

D. KOERNER, INC., Claimant, *vs.* STATE OF ILLINOIS, CAPITAL
DEVELOPMENT BOARD, Respondent.

*Opinion filed May 15, 1974.*

D. KOERNER, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER,
Assistant Attorney General, for Respondent.

PER CURIAM.